**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1183**

_____



In Re:    HENRY T. SANDERS,

                                           Petitioner.




_____

On Petition for Writ of Mandamus
(CA-03-3619-PJN)

_____

Submitted: May 27, 2004               Decided: June 3, 2004

_____

Before WIDENER, MICHAEL, and KING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Henry T. Sanders, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry T. Sanders has filed a petition for writ of mandamus requesting that this court vacate an order of the district court. Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Mandamus may not be used as a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Further, mandamus relief is only available when there are no other means by which the relief sought could be granted. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Sanders has not shown that the relief sought is not available by other means. Accordingly, although we grant Sanders' motion to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED